**Electronically Filed
Supreme Court
SCWC-18-0000677
13-SEP-2024
10:29 AM
Dkt. 15 OGAC**

SCWC-18-0000677

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

In re FT, by and through ALOHA NURSING REHAB CENTRE,
Petitioner/Appellant-Appellant,

vs.

DEPARTMENT OF HUMAN SERVICES, STATE OF HAWAIʻI,
Respondent/Appellee-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000677; CASE NO. 1CC171002012)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner/Appellant-Appellant Aloha Nursing Rehab Centre for the benefit of F.T.'s application for writ of certiorari filed on July 15, 2024, is accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, September 13, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

